

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

## NO. WR-87,190-02

---

### EX PARTE ANDREW MELCHOR SAUCEDO, Applicant

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1415436-A IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

---

**HERVEY, J., filed a concurring opinion in which Keasler, J., joined.**

### <u>CONCURRING OPINION</u>

I wholeheartedly agree with Judge Keasler that *Mable* has proven itself poorly reasoned over time and that it should be overruled. I also agree with the new analytical framework that he proposes. I write separately, however, to point out that the moral of this long-running story is that defense attorneys and prosecutors should not allow a defendant to plead guilty until the laboratory report comes back. Defense attorneys might be subject to ineffective-assistance-of-counsel claims, and the State might have to re-prosecute defendants.

With these comments, I join Judge Keasler's concurring opinion and concur in the

judgment of the Court.

Filed: June 26, 2019

Publish